UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CINCINNATI INS. CO., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:15CV560 RWS |
| ENJOY LIFE NATURAL BRANDS, LLC, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for default judgment against defendant Enjoy Life Natural Brands for failure to plead or defend. The Clerk of the Court entered default against this defendant under Fed. R. Civ. P. 55(a) on May 26, 2015. However, as there is a defendant remaining in this case, this Court can enter a final default judgment against defendant Enjoy Life only if it "expressly determines that there is no just reason for delay." Fed. R. Civ. R. 54(b). As plaintiff's motion makes no attempt to meet this standard, it will be denied without prejudice. The entry of default remains in effect, and plaintiff may seek final default judgment against defendant Enjoy Life at the conclusion of the case, or earlier, by filing an appropriate motion. Accordingly,

**IT IS HEREBY ORDERED** that the motion for default judgment [#15] is denied without prejudice.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of May, 2015.